# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 6:23-cv-03308-MDH |
| v. | ) ) | |
| ALLIED SERVICES, LLC d/b/a ALLIED WASTE SERVICES OF THE OZARKS / REPUBLIC SERVICES OF THE OZARKS, | ) ) ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO ENTER CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendant Allied Services, LLC d/b/a Allied Waste Services of the Ozarks / Republic Services of the Ozarks move the Court to approve and enter the Consent Decree attached as Exhibit 1.

1. Plaintiff EEOC filed this lawsuit on September 25, 2024, alleging Defendant Allied Services violated Title VII of the Civil Rights Act of 1964, as amended, when it failed to hire Jamie Mendoza into a truck driver position at its Springfield, Missouri facility and denied employment opportunities to qualified female applicants seeking driver positions at that location on the basis of their gender. Allied Services denied the EEOC's allegations.

2. The parties have reached a negotiated resolution of this lawsuit with terms set forth in the proposed Consent Decree attached as Exhibit 1.

3. The parties agree that this Court has jurisdiction over the parties and the subject matter of this action, that the proposed Consent Decree is intended to and does resolve all

1

matters in controversy in this action, and that the terms of the proposed Consent Decree constitute a fair, reasonable, and equitable settlement and are not contrary to law.

4.     The parties jointly request the Court approve and enter their proposed Consent Decree.

**WHEREFORE**, the parties jointly move the Court enter the Consent Decree attached as Exhibit 1.

Respectfully submitted,

*s/Lauren W. Johnston*
Lauren W. Johnston, OK Bar # 22341
Assistant Regional Attorney, EEOC
Oklahoma City Area Office
215 Dean A. McGee Ave., Ste. 524
Oklahoma City, OK 73102e
Phone: (405) 666-0379
Email: lauren.johnston@eeoc.gov

Joshua M. Pierson, Mo Bar #65105
Assistant Regional Attorney, EEOC
Kansas City Area Office
400 State Ave., Ste. 905
Kansas City, KS 66101
Phone: (913) 359-1812
Email: joshua.pierson@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**

AND

*/s Daniel B. Boatright*
DANIEL B. BOATRIGHT, Bar No. 38803
Direct: 816.627.4401
E-Fax: 816.817.7703
dboatright@littler.com
Abbey M. B. Lee, Bar No. 72900
Direct: 816.627.4409
E-Fax: 816-817-6661
ablee@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street Suite 1450 Kansas City, MO

2

64106
Telephone: 816.627.4400
Facsimile: 816.627.4444

**ATTORNEYS FOR DEFENDANT**

3